## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DECORY FRANKLIN, | |
| Plaintiff, | Case Number 15-cv-7361 |
| v. | Judge Sharon Johnson Coleman |
| WEXFORD HEALTH SOURCES, INC., et al., | Magistrate Judge Michael T. Mason |
| Defendants. | |

### JOINT STATUS REPORT

NOW COME the Parties, through their respective counsel, and fort their Joint Status Report pursuant to United State District Court for the Northern District of Illinois' Third Amended General Order 20-0012, state as follows:

On March 13, 2020, this case was resolved at a settlement conference before the Honorable Andrew P. Rodovich. On March 17, 2020, counsel for Defendants tendered the proposed Release to counsel for Plaintiff. The parties have agreed to the Release, and Plaintiff's counsel has tendered the Release for signature to his client. However, due to communication issues at Stateville Correctional Center brought about by the Covid-19 pandemic, Plaintiff's counsel has not yet received the signed Release back from his client. Upon execution of the Release and payment of the settlement proceeds, the Parties will be entering a stipulation to dismiss the case with prejudice.

Respectfully submitted,

 /s/ *Kenneth M. Kliebard*
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
kenneth.kliebard@morganlewis.com

Attorney for Plaintiff

 /s/ *Joseph J. Lombardo*
Matthew H. Weller/ARDC No. 6278685
Joseph J. Lombardo/ARDC No. 6306466
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – fax
mweller@cassiday.com
jlombardo@cassiday.com

One of the Attorneys for Defendants,
GHALIAH OBAISI, as Independent Executor
of the Estate of Saleh Obaisi, M.D., Deceased,
and WEXFORD HEALTH SOURCES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2020, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Joseph J. Lombardo