# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DECORY FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:15-cv-07361 |
| v. ) | |
| ) | Honorable Sharon Johnson Coleman |
| WEXFORD HEALTH SOURCES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff DeCory Franklin ("Plaintiff") and Defendants Ghaliah Obaisi, as Independent Executor of the Estate of Saleh Obaisi, M.D., Deceased, and Wexford Health Sources, Inc. ("collectively Defendants"), pursuant to their respective undersigned counsel, jointly advise the Court, pursuant to the Court's August 14, 2020 minute entry (ECF No. 145), as follows:

The parties have signed a settlement agreement, and are awaiting for Mr. Franklin to provide his Social Security Number so the settlement can be consummated.

Dated: August 21, 2020                                             Respectfully submitted,

> By: /s/ *Kenneth M. Kliebard*
> Kenneth M. Kliebard
> MORGAN, LEWIS & BOCKIUS LLP
> 77 W. Wacker Drive, Ste. 500
> Chicago, IL 60601
> Tel: (312) 324-1000
> Fax: (312) 324-1001
> kenneth.kliebard@morganlewis.com
>
> *Counsel for Plaintiff*
>
>
> By: /s/ *Joseph J. Lomardo*
> Matthew H. Weller
> Joseph J. Lomardo
> CASSIDY SCHADE LLP

222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel: (312) 641-3100
Fax: (312) 444-1669
mweller@cassiday.com
jlomardo@cassiday.com

*Counsel for Defendants, Ghaliah Obaisi, as Independent Executor of the Estate of Saleh Obaisi, M.D. Deceased, and Wexford Health Sources, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed and served via CM/ECF on August 21, 2020, upon all counsel of record.

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard