# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DECORY FRANKLIN,<br><br>                Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., et al,<br><br>                Defendants. | Case Number 15-cv-7361<br><br>Judge Sharon Johnson Coleman |

## STIPULATION TO DISMISS CLAIMS

Plaintiff, ("Plaintiff") and Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford"); and, GHALIAH OBAISI, Independent Executor of the Estate of SALEH OBAISI, M.D., Deceased ("the Estate of Dr. Obaisi"), hereby stipulate to the dismissal of Plaintiff's claims against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendants agree as follows:

1. Pursuant to the Release and Settlement Agreement reached by and between Plaintiff and Wexford, Plaintiff voluntarily dismisses his claims against Wexford with prejudice.

2. Plaintiff voluntarily dismisses his claims against the Estate of Obaisi with prejudice.

3. Each party shall bear his own attorneys' fees, costs and expenses incurred in connection with litigating this claim.

AGREED:

/s/ *Kenneth M. Kliebard*
Kenneth M. Kliebard
Morgan, Lewis & Bockius LLP
*Counsel for Plaintiff*

/s/ *Joseph J. Lombardo*
Joseph Lombardo
Cassiday Schade LLP
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 16, 2020, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

                     /s/Joseph J. Lombardo

9585720 JLOMBARD;JLOMBARD